IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:21-cv-03291-GPG-SKC**

ERIC SCHWARTZ

      Plaintiff,

v.

RAMPART AVIATION, LLC; MINDY A. FULTON, JUSTIN WATLINGTON, and MICHAEL OPPEDAL,

      Defendants.

_____

## JOINT STATUS UPDATE
_____

Per the Court's Order of July 10, 2023 [ECF No. 33], this matter is currently in arbitration before the American Arbitration Association under Case No. 01-23-0003-0834. An Arbitrator has been appointed and the parties expect to hold a Final Hearing in due course.

      Respectfully submitted,

| | |
|---|---|
| LAW OFFICE OF THOMAS G. JARRARD, PLLC | POLSINELLI PC |
| /s/ *Thomas G. Jarrard* | /s/ *Nicholas M. Cassidy* |
| ***Thomas G. Jarrard*** | ***Nicholas M. Cassidy*** |
| 1020 North Washington Street | 1401 Lawrence Street, Suite 2300 |
| Spokane, WA 99201 | Denver, CO 80202 |
| T: (425) 239-7290 | T: (303) 572-9300 |
| E: tjarrard@att.net | E: ncassidy@polsinelli.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

92921999.1